**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**     6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE     GREENBELT, MARYLAND 20770
     (301) 344-0632

# **M E M O R A N D U M**

TO: Counsel of Record

FROM: Judge Peter J. Messitte

Re: *TD Bank, NA v. Davis, et al*
Civil No. PJM 11-1270

DATE: May 12, 2011

* * * * * * * *

This will confirm that a argument on your Bankruptcy Appeal filed May 10, 2011 will be heard on **September 26, 2011 at 10:00 a.m.,** (Courtroom 4C). The parties will be allotted one and one half hours for total argument. Counsel should advise in writing immediately if they expect oral argument to exceed the allotted timeframe.

PLEASE NOTE, however, that Judge Messitte may choose to decide this matter on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

PLEASE ALSO NOTE: Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text.

         /s/
      PETER J. MESSITTE
   UNITED STATES DISTRICT JUDGE